# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CUNNINGHAM, | ) Case No. |
| | ) |
| Plaintiff, | ) **4:19-cv-00203-YGR** |
| | ) |
| vs. | ) ~~(PROPOSED)~~ **ORDER** |
| | ) |
| EQUIFAX, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this: June 11, 2019

_____
Honorable Judge of the District Court

Order to Dismiss - 1